**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO (1),**<br>a/k/a Alejandro, JP, Jean Pierre, Ale,<br>(Counts 1, 3, 4, 6, 22-28) | **CASE NO.**<br><br>**JUDGE**<br><br>**INDICTMENT** |

2:26-CR-94
Judge Marbley

**CASE NO.**

**JUDGE**

**INDICTMENT**

18 U.S.C. § 2
18 U.S.C. § 922(g)(5)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 933(a)(1) & (b)
18 U.S.C. § 1591(a)(1) & (b)(1)-(2)
18 U.S.C. § 1594(c)
18 U.S.C. § 1952(a)(3)(A)
18 U.S.C. § 2421(a)
21 U.S.C. § 841(a)(1) & (b)(1)(C)
21 U.S.C. § 846

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO (1),**
a/k/a Alejandro, JP, Jean Pierre, Ale,
(Counts 1, 3, 4, 6, 22-28)

**BRIYI DANIELA ORDONEZ-ITER (2),**
a/k/a Daniela,
(Counts 1, 2)

**KEIVAR ELIAN GUILLEN SALCEDO (3),**
a/k/a Marana,
(Counts 1, 3)

**DERVIN ALEJANDRO COLMENARES QUINTERO (4),**
(Counts 1, 3)

**TAIDIN ADREINA FERRER GUILLEN (5),**
a/k/a Taidi,
(Counts 5, 6, 10, 15, 22)

**JOHN ALEXANDRE FAJARDO-UZCATEGUI (6),**
a/k/a Bolo, Nao,
(Counts 6, 18, 20, 21)

**PEDRO ANGEL COLLS-FLORES (7),**
a/k/a Angel, Pedro, Angelito,
(Counts 6, 8-14, 16, 17, 19, 29, 30)

**JULIAN DAVID PATINO PENA (8),**
a/k/a JP,
(Counts 6-8)

**JOSE RUBEN SANCHEZ-PENA (9),**
a/k/a 50,
(Counts 6, 20)

**ALISMAR DANIELA CONTRERAS-AREVALO (10),**
a/k/a Daniela,
(Counts 6, 10, 16, 19)

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN 11 2026 12 37 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**and**

**THERRY BRAYANT LEON GAVIDIA (11),**
  **a/k/a Terry, Terri, Bryan,**
  (Counts 6, 21)

  **Defendants.**

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Sex Trafficking Conspiracy)

1. From in or about July of 2025 through in or about August of 2025, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendants, **JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, **BRIYI DANIELA ORDONEZ-ITER**, **KEIVER ELIAN GUILLEN SALCEDO**, **DERVIN ALEJANDRO COLMENARES QUINTERO**, and other unnamed co-conspirators known to the Grand Jury, did knowingly, unlawfully, and intentionally combine, conspire, and confederate and agree with each other to:

   a. Recruit, entice, harbor, transport, provide, obtain, maintain, or solicit by any means, in and affecting interstate commerce, a person who had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, that is Minor Victim 1, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2); and

   b. Recruit, entice, harbor, transport, provide, obtain, maintain, or solicit by any means, in and affecting interstate commerce, a person, that is Adult Victim 1, knowing and

in reckless disregard of that fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause Adult Victim 1 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (b)(1).

**In violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1)-(2), and 1594(c).**

## COUNT TWO
### (Interstate Transportation for the Purpose of Prostitution)

2.	From in or about July of 2025 through in or about August of 2025, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **BRIYI DANIELA ORDONEZ-ITER**, aided and abetted by others known to the Grand Jury, did knowingly transport an individual, Minor Victim 1, in interstate commerce from Ohio to Washington, and from Washington to Ohio, with the intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

**In violation of 18 U.S.C. §§ 2421(a) and 2.**

## COUNT THREE
### (Sex Trafficking of a Minor)

3.	From in or about July of 2025 through in or about August of 2025, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendants, **JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, **KEIVAR ELIAN GUILLEN SALCEDO**, and **DERVIN ALEJANDRO COLMENARES QUINTERO**, aided and abetted by others known to the Grand Jury, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain or solicit, by any means, in and affecting interstate commerce, a person who had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, that is Minor Victim 1, knowing and in reckless disregard of the fact that Minor Victim 1

had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2).

**In violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(2), and 2.**

## COUNT FOUR
### (Use of Facility of Interstate Commerce in Aid of Racketeering)

4. From on or about January 28, 2026, through on or about January 31, 2026 in the Southern District of Ohio, the defendant, **JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, did knowingly use a facility of interstate or foreign commerce, including online advertisements for commercial sex listing a cellular telephone number, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses, in violation of the laws of the State of Ohio, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT FIVE
### (Use of Facility of Interstate Commerce in Aid of Racketeering)

5. From on or about December 16, 2025, through on or about February 2, 2026 in the Southern District of Ohio, the defendant, **TAIDIN ADREINA FERRER GUILLEN**, did knowingly use a facility of interstate or foreign commerce, including online advertisements for commercial sex listing a cellular telephone number, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is, a business enterprise involved in prostitution offenses, in violation of the laws of the State of Ohio, and thereafter performed and attempted to perform an act to promote, manage,

establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

**In violation of 18 U.S.C. § 1952(a)(3)(A).**

## COUNT SIX
### (Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance)

6.      Beginning on an exact date unknown, but at least by in or about May 2025, and continuing until in or about April 2026, in the Southern District of Ohio and elsewhere, the defendants, **JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, **TAIDIN ADREINA FERRER GUILLEN**, **JOHN ALEXANDRE FAJARDO-UZCATEGUI**, **PEDRO ANGEL COLLS-FLORES**, **JULIAN DAVID PATINO PENA**, **JOSE RUBEN SANCHEZ-PENA**, **ALISMAR DANIELA CONTRERAS-AREVALO**, and **THERRY BRAYANT LEON GAVIDIA**, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).**

## COUNT SEVEN
### (Distribution of a Controlled Substance)

7.      On or about May 15, 2025, in the Southern District of Ohio, the defendant, **JULIAN DAVID PATINO PENA**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT EIGHT
### (Distribution of a Controlled Substance)

8.      On or about June 2, 2025, in the Southern District of Ohio, the defendants, **JULIAN DAVID PATINO PENA** and **PEDRO ANGEL COLLS-FLORES,** aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT NINE
### (Distribution of a Controlled Substance)

9.      On or about June 18, 2025, in the Southern District of Ohio, the defendant, **PEDRO ANGEL COLLS-FLORES**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT TEN
### (Distribution of a Controlled Substance)

10.     On or about July 8, 2025, in the Southern District of Ohio, the defendants, **PEDRO ANGEL COLLS-FLORES**, **TAIDIN ADREINA FERRER GUILLEN**, and **ALISMAR DANIELA CONTRERAS-AREVALO**, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance,

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT ELEVEN
### (Distribution of a Controlled Substance)

11.     On or about July 11, 2025, in the Southern District of Ohio, the defendant, **PEDRO ANGEL COLLS-FLORES**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT TWELVE
### (Distribution of a Controlled Substance)

12.     On or about August 6, 2025, in the Southern District of Ohio, the defendant, **PEDRO ANGEL COLLS-FLORES**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT THIRTEEN
### (Distribution of a Controlled Substance)

13.     On or about August 22, 2025, in the Southern District of Ohio, the defendant, **PEDRO ANGEL COLLS-FLORES**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT FOURTEEN
### (Distribution of a Controlled Substance)

14.     On or about September 17, 2025, in the Southern District of Ohio, the defendant, **PEDRO ANGEL COLLS-FLORES**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT FIFTEEN
### (Distribution of a Controlled Substance)

15.     On or about September 23, 2025, in the Southern District of Ohio, the defendant, **TAIDIN ADREINA FERRER GUILLEN**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT SIXTEEN
### (Distribution of a Controlled Substance)

16.     On or about November 5, 2025, in the Southern District of Ohio, the defendants, **PEDRO ANGEL COLLS-FLORES** and **ALISMAR DANIELA CONTRERAS-AREVALO**, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT SEVENTEEN
### (Distribution of a Controlled Substance)

17.     On or about November 24, 2025, in the Southern District of Ohio, the defendant, **PEDRO ANGEL COLLS-FLORES**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT EIGHTEEN
### (Distribution of a Controlled Substance)

18.     On or about December 15, 2025, in the Southern District of Ohio and elsewhere, the defendant, **JOHN ALEXANDRE FAJARDO-UZCATEGUI**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT NINETEEN
### (Distribution of a Controlled Substance)

19.     On or about February 5, 2026, in the Southern District of Ohio, the defendants, **PEDRO ANGEL COLLS-FLORES** and **ALISMAR DANIELA CONTRERAS-AREVALO**, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT TWENTY
### (Distribution of a Controlled Substance)

20. On or about February 18, 2026, in the Southern District of Ohio, the defendants, **JOHN ALEXANDRE FAJARDO-UZCATEGUI** and **JOSE RUBEN SANCHEZ-PENA**, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT TWENTY-ONE
### (Distribution of a Controlled Substance)

21. On or about March 31, 2026, in the Southern District of Ohio and elsewhere, the defendants, **JOHN ALEXANDRE FAJARDO-UZCATEGUI** and **THERRY BRAYANT LEON GAVIDIA**, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT TWENTY-TWO
### (Distribution of a Controlled Substance)

22. On or about April 1, 2026, in the Southern District of Ohio, the defendants, **JEAN PIERRE ALEJANDRO GUILLEN SALCEDO** and **TAIDIN ADREINA FERRER GUILLEN**, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.**

## COUNT TWENTY-THREE
### (Unlawful Alien in Possession of a Firearm)

23.    On or about October 17, 2025, in the Southern District of Ohio, the defendant,

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, knowing he was an alien illegally and

unlawfully in the United States, did knowingly possess a firearm, to wit: a HS Produkt, Model XD,

40 caliber pistol, SN: XD581327, and the firearm was in and affecting interstate and foreign

commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

## COUNT TWENTY-FOUR
### (Trafficking a Firearm)

24.    On or about October 17, 2025, in the Southern District of Ohio, the defendant,

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, did knowingly ship, transport, transfer,

cause to be transported, and otherwise dispose of a firearm, to wit: a HS Produkt, Model XD, 40

caliber pistol, bearing serial number XD581327, to another person, knowing and having reasonable

cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute

a felony (as defined in 18 U.S.C. § 932(a)), and the firearm was in and affecting interstate and

foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).**

## COUNT TWENTY-FIVE
### (Unlawful Alien in Possession of a Firearm)

25.    On or about December 4, 2025, in the Southern District of Ohio, the defendant,

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, knowing he was an alien illegally and

unlawfully in the United States, did knowingly possess one or more firearms, to wit:

   a. Ruger, Model Security 9, 9mm pistol, SN: 382-86312;
   b. Fabryka Broni Lucznik, Model P-64, 9mm pistol, SN: JS00749;
   c. Sig Sauer, Model P365, 9 mm pistol, SN: 66B253882; and

d.  Smith & Wesson, Model M&P 45, 45 caliber pistol, SN: HPZ6603,

and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

## COUNT TWENTY-SIX
### (Trafficking a Firearm)

26.     On or about December 4, 2025, in the Southern District of Ohio, the defendant,

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, did knowingly ship, transport, transfer,

cause to be transported, and otherwise dispose of a firearm, to wit:

a.  Ruger, Model Security 9, 9mm pistol, SN: 382-86312;
b.  Fabryka Broni Lucznik, Model P-64, 9mm pistol, SN: JS00749;
c.  Sig Sauer, Model P365, 9 mm pistol, SN: 66B253882; and
d.  Smith & Wesson, Model M&P 45, 45 caliber pistol, SN: HPZ6603,

to another person, knowing and having reasonable cause to believe that the use, carrying, and

possession of a firearm by the recipient would constitute a felony (as defined in 18 U.S.C. §

932(a)), and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C §§ 933(a)(1) and 933(b).**

## COUNT TWENTY-SEVEN
### (Unlawful Alien in Possession of a Firearm)

27.     On or about January 15, 2026, in the Southern District of Ohio, the defendant,

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, knowing he was an alien illegally and

unlawfully in the United States, did knowingly possess one or more firearms, to wit:

a.  Palmetto State Armory, Model PA15, multi-caliber firearm, SN: SCB959789;
b.  Radical Firearms, Model RF15, multi caliber firearm, SN:20-064556; and
c.   Pioneer Arms, Model Hellpup, 7.62 caliber firearm, SN: PAC24PL23485,

and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

## COUNT TWENTY-EIGHT
### (Trafficking a Firearm)

28.     On or about January 15, 2026, in the Southern District of Ohio, the defendant,

**JEAN PIERRE ALEJANDRO GUILLEN SALCEDO**, did knowingly ship, transport, transfer,

cause to be transported, and otherwise dispose of a firearm, to wit:

      a.    Palmetto State Armory, Model PA15, multi-caliber firearm, SN: SCB959789;
      b.    Radical Firearms, Model RF15, multi caliber firearm, SN:20-064556; and
      c.    Pioneer Arms, Model Hellpup, 7.62 caliber firearm, SN: PAC24PL23485,

to another person, knowing and having reasonable cause to believe that the use, carrying, and

possession of a firearm by the recipient would constitute a felony (as defined in 18 U.S.C. §

932(a)), and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C §§ 933(a)(1) and 933(b).**

## COUNT TWENTY-NINE
### (Unlawful Alien in Possession of a Firearm)

29.     On or about March 31, 2026, in the Southern District of Ohio, the defendant,

**PEDRO ANGEL COLLS-FLORES**, knowing he was an alien illegally and unlawfully in the

United States, did knowingly possess a firearm, to wit: a Glock, Model 21 Gen4, 45 caliber pistol,

SN: VBM382, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

## COUNT THIRTY
### (Trafficking a Firearm)

30.     On or about March 31, 2026, in the Southern District of Ohio, the defendant,

**PEDRO ANGEL COLLS-FLORES**, did knowingly ship, transport, transfer, cause to be

transported, and otherwise dispose of a firearm, to wit: a Glock, Model 21 Gen4, 45 caliber pistol,

SN: VBM382, to another person, knowing and having reasonable cause to believe that the use,

carrying, and possession of a firearm by the recipient would constitute a felony (as defined in 18 U.S.C. § 932(a)), and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C §§ 933(a)(1) and 933(b).**

A TRUE BILL.

/s/ foreperson

GRAND JURY FOREPERSON

DOMINICK S. GERACE II
United States Attorney
Southern District of Ohio

SHEILA G. LAFFERTY
JENNIFER M. RAUSCH
Assistant United States Attorneys